STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

ABRAHAM FINE (CABN 294224)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    Fax: (510) 637-3724
    Abraham.Fine@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 20-CR-305 EMC |
| | ) | |
| Plaintiff, | ) | |
| | ) | NOTICE OF APPEARANCE OF |
| vs. | ) | GOVERNMENT'S COUNSEL |
| | ) | |
| ARMANDO VALENCIA, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

    Please take notice that as of May 19, 2021, the Assistant U.S. Attorney whose name, address, and telephone number is listed below will be making an appearance for the government.

    ABRAHAM FINE (CABN 294224)
    Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    Fax: (510) 637-3724
    Abraham.Fine@usdoj.gov

///

///

///

The Clerk is requested to modify the docket sheet and other court records so as to reflect that copies of all orders and communications from the court will in the future be given also to AUSA Abraham Fine at the above mailing address, telephone number, facsimile number and e-mail address.

DATED: May 19, 2021

Respectfully submitted,

STEPHANIE M. HINDS
Acting United States Attorney

/s/ Abraham Fine
ABRAHAM FINE
Assistant United States Attorney